**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (ROCKFORD)**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JENNIFER E ADAMS, | |
| | NO. 09-25628 |
| DEBTOR | JUDGE: Wedoff |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

     As you know, our firm represents Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes in your Chapter 13 Case Number 09-25628. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required

| | | |
|---|---|---|
| 2/1/2010 – 3/1/2010 regular monthly payment(s) at $1,990.61 each | = | $3,981.22 |
| Less Suspense | = | $(56.34) |
| TOTAL | = | $3,924.88 |

                        Respectfully submitted,

                        /s/ Josephine J. Miceli
                        Attorney for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**